**To**: Whom it may concern.
**Subject**: Recommendation for Ken Tittle
**Date**: September 17, 2023
**From**: Ed Ditto, 324 Bradford Farms Drive, Madison, AL 35758; 256-682-5935; eddittold@gmail.com

I have known Ken since he came, something over a year ago, to the Central Church of Christ and the His Way Addiction Recovery Center. During that time, he has exhibited a changed life that, mentored well, could be very useful in a congregation's effort at helping more people recover from addiction and find their way to heaven. He is comfortable in discussions of evidences and is knowledgeable in Bible topics. As a recovering addict, he is well versed in ways to help others who are dealing with addiction.

Past decisions Ken made have gotten him into a difficult and heart breaking situation. He has been humble and forthcoming in expressing repentance and in attempting to rectify his mistakes.

Too often in the world and, I am sorry to say, in the Lord's church, second chances are few even amid sincere sounding professions of forgiveness. Ken has been blessed in that the leadership and the congregation in general here have been willing to accept him at his word and give him a second chance. I support that and trust that Ken will continue his rise to this opportunity. He appears to be working toward that goal.

Having been an engineer and a department manager in a nuclear power generating station and having been a full-time youth minister, I can look at Ken from several perspectives. He is not an engineer or a manager, but not all people are. He is, I believe, capable of ministering and serving. He has concern and empathy for people. I pray that his recent life experiences will, with the Spirit's guidance, give him an increased ability to work with people. I have been informed by independent sources that Ken is not only good at his job, but he is well respected and has been promoted.

I have seen Ken and his wife, Christie, re-develop their marriage relationship during and since Ken's completion of the His Way program and their having become members of the Central Church. They are a good example to others.

I summary, I would hire Ken and would then mentor him carefully and gently. I would establish frequent and periodic times to discuss his life and accountability. These times would be totally non-threatening and would likely include occasional opinions based on my professional experience. With the direction of God, I could help him develop his future in a good and positive way. Ken, like most of us who are human, have some maturing to accomplish. I believe Ken can be worth the effort.

Please contact me with any questions.

Your servant,

Ed Ditto

Ed Ditto
Member, Board of Directors, His Way

I have worked with ken tittle for almost a year now. He started off as a team member and exceled at any department he was placed in. Other team members on our floor would come to him for advice both work related and un work related issues. Seeing this made me consider promotion to team lead. The week I was going to promote him a supervisor position came open and we thought it best that he takes that role on. Since becoming a supervisor Ken has shown us that he is caring and mature enough to lead a team successfully. Un work related he has given me advise and helped me personally with some of the talks we have had. Ken goes out of his way to help anyone who is willing to ask for it. Out of everyone in the plant he is one that I trust to get what ever needs done completed. That's saying something because I don't trust a lot of people to get things done right. He is always on time for his shift and comes in early to get prepared for his shift. He sets up his area and ensures his team members have an easy day. Ken has come a long way in just the short amount a time hes been here at carter with us and he's new to the supervisor role he has taken on but is still more reliable than most supervisors I have. I would go to bat for him at anytime. He's a guy you would want on your side in any situation.

Brent Smothers

9-14-2023

# HIS WAY



## PROUDLY PRESENTS THIS

## Certificate of Completion

TO ___Kenneth Tittle___

HE ENTERED, SOUGHT, FOUND, AND
SUCCESSFULLY BEGAN LIVING HIS WAY

DATE ___February 3, 2023___

_TOM REYNOLDS_
CHAIRMAN OF THE BOARD

_MICHAEL ROSS_
PROGRAM DIRECTOR

I AM THE WAY, THE TRUTH, AND THE LIFE ... JOHN 14:6

# HIS WAY

## CERTIFICATE OF RECOGNITION

**KENNETH TITTLE**

for successful completion of the first 12-steps of

**MORAL RECONATION THERAPY®**


CCI MRT

_____
Facilitator

_____
Date    December 15, 2022



# HIS WAY

## CERTIFICATE OF RECOGNITION

### KENNETH TITTLE

is recognized for commitment, courage and completion of

## THE TWELVE STEPS A SPIRITUAL JOURNEY

_____
Program Director

_____
Date

December 19, 2022



# HIS WAY

## CERTIFICATE OF RECOGNITION

### KENNETH TITTLE

is recognized for excellence in study in the completion of

*Life Skills*

_____  
Program Director

_____  
Date 12/14/22