FILED

2023 Sep-22  PM 01:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED

SEP 21 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA



**5:23-cr-47-LCB-HNJ-1**
**Kenneth Tittle**
**Court's Exhibit 1**

## SPECIAL CONDITIONS OF PROBATION/SUPERVISED RELEASE

While on supervised release, the defendant shall comply with the standard conditions of supervised release in this Court and the following special conditions(s):

1) You must cooperate in the collection of DNA under the administrative supervision of the probation officer.

*Based on your reported past substance abuse history, the following conditions are imposed:*

2) You must not use or possess any narcotic or controlled substance except as prescribed to you by a licensed medical practitioner, and you must follow the instructions on the prescription. You must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair a person's physical or mental functioning, whether or not intended for human consumption, except with the prior approval of the probation officer.

3) You must not go to, or remain at, any place where you know controlled substances are illegally sold, used, distributed, or administered without first obtaining the permission of the probation officer.

4) You must participate in the Substance Abuse Intervention Program (SAIP) (or comparable program in the district of supervision) under the administrative supervision of the probation officer, and you must comply with the requirements and rules of the program. This program includes the following components: (a) testing by the probation officer or an approved vendor to detect prohibited drug or alcohol use; (b) substance abuse education; (c) outpatient substance abuse treatment, which may include individual or group counseling, provided by the probation office or an
approved vendor, and/or residential treatment; (d) placement in a community corrections center (halfway house) for up to 270 days; and/or (e) home confinement subject to electronic monitoring for up to 180 days. You must contribute to the costs of participation unless the probation officer determines

you do not have the ability to do so.

*Based on the nature of the instant offense, the following condition is imposed:*

5) You must submit your person, property, house, residence, vehicle, office, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), and other electronic communications or data storage devices or media, to a search conducted by the probation officer. Failure to submit to a search may be grounds for revocation of supervision. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that you have violated a condition of supervision and the areas to be searched contain evidence of this violation. Any search must be conducted in a reasonable time and in a reasonable manner.

9-21-23
_____
Date

_____
Signature of Defendant

_____
Signature of Attorney